IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
__Southern__ DIVISION

2018 APR -4  A 10: 42

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

TERNECIA D. WILSON

Plaintiff(s),

CIVIL ACTION NO. 1:18-CV-387-WKW-SRW

JURY DEMAND (MARK ONE)
☑ YES   ☐ NO

v.

Judge Rose Gordon Municipal Court
City of Dothan Police

Defendant(s).

## COMPLAINT

1. Plaintiff(s)' address and telephone number: 300 Boynton Street Headland, Ala 36345 Apt 105

2. Name and address of defendant(s): Judge Rose Gordon, Officer Adrian Tolmer Officer, Ruiz, Chief Steve Parish, Officer/Sheriff Micheal Woodside, Courthouse, City of Dothan Police Station

3. Place of alleged violation of civil rights: Dothan, Ala 36301  314 Oglethorpe Street, Dothan, Ala 36301

4. Date of alleged violation of civil rights: March 5, 2015  12pm noon

5. State the facts on which you base your allegation that your constitutional rights have been violated: On March 5, 2015 I suffered being attacked by at the time Officer Micheal Woodside. After detaining me and charging me with failure to use my turn signal, Judge Rose Gordon issued a warrant out on me while in the courtroom; recalled it. She drove pass my house persistent about finding out who I was calling my mortgage company all because I who only tried to protect my child and went to Authorities for help and spoke of things she kept as a secret with Ashley Tolbert, Adrian F. There was company present at my house when Judge Gordon drove by.

1

3/2018 / 29 fin-
3/2018 / 28 start

On March 5, 2015 Officer Micheal Woodside and Officer Adrian Folmer who have known me 13 yrs followed me to a Atm located near the Southeast Medical Center. After leaving I drove the the Selma street off of Alexandra. Folmer who drove behind me the whole time waited until passing the BP gas station where Officer Woodside parked until I pass Woodside who after 1 min started his vehicle and drove by four cars driving in the same direction fail to signal as well because they didn't stopped and pulled my car 1 min away from my home Monterello street. I who the whole time was aware of his presence by a radar detector in my vehicle rolled down my window and waited before he approach my car. He said do you know why I stopped you I said no sir he said you failed to use your turn signal while doing so he put his head inside of my car smelled stepped back to see if there was smoke he said do you have anything illegal in the car I said no sir he said step out of the car and he detained me while in handcuffs he saw my chewing he asked what is in your mouth I replied a lemon drop he said spit it out I who opened wide was about to let it drop out instead I forcely spit it out showing him that was the only thing I had while at the same time speaking to him he then said open your mouth so to myself I said I just spit he then 4 times repeatedly while hitting me in my chest saying open your mouth, open your mouth, open your mouth, he then grabbed my arm tightning the handcuffs tugging on

statements

Its optional

wasn't suppose to

abuse
called me a nigga
abuse

on me took me to the back of the car opened the door and put me in searching my car Approx. 15 mins waiting for the back officer and to truck when they arrived they began talking to one another while officer woodside was on the phone opened the door and began questioning me about my car insurance I asked sir why didn't you stop the four cars that were in the front of me. the arriving officer replied "he can't see everyone" I didnot respond officer woodside kept my DL and Keys When he stepped back into the car he asked what did you have in your mouth Did you swallow anything in front of me I responded I had a lemon drop in my mouth sir and that the smell was from earlier he said your going to JAIL Not Reading me my rights I spent 12 hrs in JAIL I have a therapist and a doctor they tampered with my mail. made harassing phone calls trespassed stalked me and I did nothing I lost everything between both court houses and it put my child in danger as well leaving here this day urinating on herself and had to climb through my window this is the second case dismissed I was suppose to graduate in April now I can't call to dismiss this case on March 14, 2018 1 pm First she said the officers were there then called me back to a office and said they can't locate him everytime. I wake up mad that's know way to live. I morta they follow I live with family they follow I lost two jobs because of this everybody wants to play the I Don't know who or what you are talking game I know I was choked by a sheriff in a wheelchair that he lied

Margin notes: harassment; cross examine wasn't even there; Miranda rights; A threat to me; Illegal; I was told I have no contact; harassment; Deadbeats drop of disposition to me; and the lied

6. Relief requested: IF I MAY After having her call my Mortgage company in which I was suppose to graduate in April 2018 I lost everything I have a 17 year old daughter who this affects as well It would be a Thief to gain possession over my property along with my diploma in when this was a distraction 2 yes to dismiss all because she couldn't find anything out on me with personal friends I'm asking for 2.5 million dollars I don't take perjury to will. It doesn't feel good driving from Headland to Dothan 9 and 10 at night when I could be in my house in Dothan 1 Million from the police Thats all of them that was a part

Date: 3/29/2018

Plaintiff(s) Signature: Jinella Walker / Jinella Walden

James H. Chandler Sr.
3-29-18

[Notary seal: MY COMMISSION EXPIRES JAN. 04 2020]

2