IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TERNECIA D. WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:18-CV-387-WKW |
| | ) | [WO] |
| ROSE GORDON, | ) | |
| ADRIAN FOLMER, | ) | |
| OFFICER RUIZ, | ) | |
| STEVE PARISH, | ) | |
| MICHAEL WOODSIDE, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On April 25, 2019, the Magistrate Judge filed a Recommendation that this case be dismissed prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(ii). (Doc. # 9.) Plaintiff untimely objected to the Recommendation. (Doc. # 10.) After an independent and *de novo* review of the record and the portions of the Recommendation to which objection was made, the court finds that the Recommendation is due to be adopted, and this case dismissed without prejudice.

It is ORDERED:

(1) The Magistrate Judge's Recommendation (Doc. # 9) is ADOPTED.

(2) Plaintiff's objections (Doc. # 10) are OVERRULED.

(3) This case is DISMISSED without prejudice prior to service of process

under 28 U.S.C. § 1915(e)(2)(B).

A separate final judgment will be entered.

DONE this 28th day of May, 2019.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE